UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., | Case No. C17-1647RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| DOE 1, et al., | |
| Defendants. | |

On November 27, 2017, the Court directed Plaintiff to show cause in writing why joinder in this case was proper. Dkt. #10. The Court resolved the outstanding Order to Show Cause, and Plaintiff has now refiled its Motion for Extension of Initial Scheduling Dates (Dkt. #17), *Ex Parte* Motion for Expedited Discovery[1] (Dkt. #18), and Motion to Extend Time to Serve the Complaint (Dkt. #19). To support its newly filed *Ex Parte* Motion for Expedited Discovery, Plaintiff relies on the declaration of Daniel Arheidt. *See* Dkts. #18 at 4 and #6. However, it has come to the

---

[1] Notwithstanding the Court's denial of Plaintiff's request to obtain the identities of Does 2–17 prior to severance, Plaintiff's newly filed Motion for Expedited Discovery continues to seek the identities of multiple Doe Defendants. *See* Dkts. #16 at 8 n.4 and #18. In light of the Court's Order Severing Doe Defendants and Dismissing Claims (Dkt. #16), the scope of Plaintiff's Motion for Expedited Discovery (Dkt. #18) is construed as limited to obtaining the identity of Doe Defendant 1 (IP address 73.96.106.214).

ORDER — 1

Court's attention that Mr. Arheidt, a consultant for the German company MaverickEye UG, may not be licenced to conduct private investigative work in Washington State. *See, e.g.*, *Venice PI, LLC v. Doe 1*, Case No. C17-0988 TSZ, Dkt. No. 32 at 2–3. The Court has also become aware that Mr. Arhedit, along with a series of other German declarants (Darren M. Griffin, Daniel Macek, Daniel Susac, Tobias Fieser, and Michael Patzer), may be fictitious or an alias. *Id*. at 3 n.2. Given these concerns, and having reviewed the record in this and related cases, the Court hereby ORDERS that within **fourteen (14) days** of this Order Plaintiff shall:

1. Produce proof of Mr. Arheidt's existence;

2. Explain to the Court, in writing, Mr. Arheidt's relationship to the following declarants: Darren M. Griffin, Daniel Macek, Daniel Susac, Tobias Fieser, and Michael Patzer; and

3. Explain to the Court, in writing, whether Mr. Arheidt and MaverickEye are licensed to conduct private investigative work in the state of Washington, and whether they were licensed to conduct such investigative work during the period in question in this matter.

Plaintiff will not be permitted to rely on Mr. Arheidt's declarations, or underlying data contained therein, until this Order to Show Cause is resolved. The Clerk of the Court is directed to renote Plaintiff's oustanding motions (Dkts. #17, #18, and #19) to February 16, 2018.

Dated this 2nd day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER — 2